1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant CUFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-10-70375-MAG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING STATUS** |
| vs. | ) | **HEARING** |
| | ) | |
| JOSEPH CUFF, | ) | Hearing Date: May 26, 2010 |
| | ) | Requested Date: June 30, 2010 |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS ON RULE 32.1 PROCEEDINGS HEARING date of May 26, 2010 presently scheduled at 10:00 a.m., before the Honorable Laurel Beeler, be vacated and re-set for June 30, 2010 at 10:00 a.m. before the United States Magistrate in Oakland for STATUS ON RULE 32.1 PROCEEDINGS HEARING.

The parties have agreed to a joint disposition in this case which involves transfer of jurisdiction to this district. That process has begun, but it will take a few weeks to complete. The parties therefore ask that the matter be continued for disposition.

1

Date   05/25/10

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant CUFF

Date   05/25/10

/s/
Maureen Bessette
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.   /S/ JOHN PAUL REICHMUTH

ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 30, 2010 at 10:00 a.m., before the Oakland Duty Magistrate for DISPOSITION HEARING.

IT IS SO ORDERED.

May 27, 2010
Date

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE