1 BARRY J. PORTMAN
Federal Public Defender
2 JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 555 - 12th Street
Suite 650
4 Oakland, CA 94607-3627
Telephone: (510) 637-3500
5
Counsel for Defendant CUFF
6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | No. 4-10-70375-MAG |
| | ) | |
| 12         Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING STATUS** |
| 13 vs. | ) | **HEARING** |
| | ) | |
| 14 JOSEPH CUFF, | ) | Hearing Date: June 30, 2010 |
| | ) | Requested Date: July 29, 2010 |
| 15         Defendant. | ) | |
| _____ | ) | |
| 16 | | |

17         IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS ON RULE 32.1 PROCEEDINGS HEARING date of June 30, 2010 presently

19 scheduled at 10:00 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for July

20 29, 2010 at ~~10:00 a.m.~~ 9:30 a.m. before the United States Magistrate in Oakland for STATUS ON

21 RULE 32.1 PROCEEDINGS HEARING.

22         The parties are discussing a new joint disposition in this case which involves transfer of

23 jurisdiction to this district. The parties wish to meet and confer further, and discuss the matter

24 with parties in the charging District. Defense counsel also anticipates being out of the office

25 on family-related leave for up to two weeks in early July, beginning June 30, 2010. The

26 parties therefore ask that the matter be continued for disposition.

|   |   |
|---|---|
| Date   06/25/10 | /s/<br>John Paul Reichmuth<br>Assistant Federal Public Defender<br>Counsel for defendant CUFF |
| Date   06/25/10 | /s/<br>Maureen Bessette<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ JOHN PAUL REICHMUTH

ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 29, 2010 at ~~10:00 a.m.~~ 9:30 a.m., before the Oakland Duty Magistrate for DISPOSITION HEARING.

IT IS SO ORDERED.

June 28, 2010
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

2