1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CUFF
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 4-10-70375-MAG
                                    )
12                Plaintiff,        )   **STIPULATION AND ORDER**
                                    )   **CONTINUING STATUS HEARING**
13 vs.                              )
                                    )   Hearing Date: July 29, 2010
14 JOSEPH CUFF,                     )   Requested Date: August 12, 2010
                                    )
15                Defendant.        )
   _____)
16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS ON RULE 32.1 PROCEEDINGS HEARING date of July 29, 2010 presently

19 scheduled at 10:00 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for August
                9:30
20 12, 2010 at ~~10:00~~ a.m. before the United States Magistrate in Oakland for STATUS ON RULE

21 32.1 PROCEEDINGS HEARING.

22     The parties are discussing a new joint disposition in this case which involves transfer of

23 jurisdiction to this district. The parties wish to meet and confer further, and discuss the matter

24 with parties in the charging District. Defense counsel was also out of the office on family-

25 related leave from July 1-July 19. The parties therefore ask that the matter be continued for

26 disposition.

1

Date   07/28/10

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant CUFF

Date   07/28/10

/s/
Maureen Bessette
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.     /S/ JOHN PAUL REICHMUTH

ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 12, 2010 at ~~10:00~~ 9:30 a.m., before the Oakland Duty Magistrate for STATUS ON RULE 32.1 PROCEEDINGS HEARING.

IT IS SO ORDERED.

7/28/10
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

2