1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CUFF
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. 4-10-70375-MAG
                                      )
12                Plaintiff,          )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER CONTINUING STATUS**
13 vs.                                )   **HEARING**
                                      )
14 JOSEPH CUFF,                       )   Hearing Date: August 12, 2010
                                      )   Requested Date: September 9, 2010
15                Defendant.          )
   _____)
16

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS ON RULE 32.1 PROCEEDINGS HEARING date of August 12, 2010 presently

19 scheduled at 10:00 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for

20 September 9, 2010 at 10:00 a.m. before the United States Magistrate in Oakland for STATUS

21 ON RULE 32.1 PROCEEDINGS HEARING.

22       The parties are discussing a new joint disposition in this case which involves transfer of

23 jurisdiction to this district. The parties wish to meet and confer further, and discuss the matter

24 with parties in the charging District. The parties therefore ask that the matter be continued for

25 disposition.

26

                                           1

Date   08/11/10                              /s/
                                             John Paul Reichmuth
                                             Assistant Federal Public Defender
                                             Counsel for defendant CUFF


Date   08/11/10                              /s/
                                             Maureen Bessette
                                             Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.   /S/ JOHN PAUL REICHMUTH

ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to September 9, 2010 at 10:00 a.m., before the Oakland Duty Magistrate for STATUS ON RULE 32.1 PROCEEDINGS HEARING.

IT IS SO ORDERED.

8/11/2010
Date                                          HON. DONNA M. RYU
                                              UNITED STATES MAGISTRATE JUDGE

2