1  BARRY J. PORTMAN
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

5  Counsel for Defendant CUFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 4-10-70375-MAG |
|---|---|
| Plaintiff, | ) **AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| vs. | |
| JOSEPH CUFF, | ) Hearing Date: September 9, 2010 |
| Defendant. | ) Requested Date: October 18, 10 |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS ON RULE 32.1 PROCEEDINGS HEARING date of September 9, 2010 presently scheduled at 10:00 a.m., before the Honorable Laurel Beeler, be vacated and re-set for October 18, 2010, at 10:00 a.m. before the United States Magistrate in Oakland for STATUS ON RULE 32.1 PROCEEDINGS HEARING.

The parties have agreed to a new joint disposition in this case which involves transfer of jurisdiction to this district. The Probation Department cannot accomplish the transfer of jurisdiction prior to the currently scheduled court date. The parties therefore ask that the matter be continued for disposition.

4-10-70375-MAG *AMENDED*
STIPULATION AND [PROPOSED] ORDER
CONTINUING STATUS HEARING         1

1  Date: September 1, 2010                    /s/
                                              Ellen V. Leonida
2                                             Assistant Federal Public Defender
                                              Counsel for defendant CUFF
3

4
   Date: September 1, 2010                    /s/
5                                             Maureen Bessette
                                              Assistant United States Attorney
6

7                          SIGNATURE ATTESTATION

8       I hereby attest that I have on file all holograph signatures for any signatures indicated by

9  a "conformed" signature (/S/) within this e-filed document.

10

11

12

13                                   **ORDER**

14      Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-

15 captioned matter is continued to October 18, 2010 at 10:00 a.m., before the Oakland Duty

16 Magistrate for STATUS ON RULE 32.1 PROCEEDINGS HEARING.

17      IT IS SO ORDERED.

18

19

20 September 2, 2010
   Date                                       LAUREL BEELER
21                                            UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26
   4-10-70375-MAG *AMENDED*
   STIPULATION AND [PROPOSED] ORDER
   CONTINUING STATUS HEARING            2